**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                         Respondent,

v.

Derrick D. Harriott,                          Appellant.

_____

Appeal From Sumter County
George C. James Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2012-UP-427
Submitted May 1, 2012 – Filed July 18, 2012

_____

**APPEAL DISMISSED**

_____

Senior Appellate Defender Joseph L. Savitz III, of Columbia, and Derrick D. Harriott, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor Ernest A. Finney III, of Sumter, for Respondent.


**PER CURIAM:** Derrick D. Harriott appeals his convictions of murder and possession of a weapon during the commission of a violent crime, arguing the trial court erred in failing to instruct the jury on the defense of insanity. Harriott also filed a pro se brief. After a thorough review of the record and all briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.